UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -against-                          23 Cr. 31 (LGS)

                                                       ORDER
    DEXTER WASHINGTON,
                                    Defendant,
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that by **February 23, 2023**, the Metropolitan Detention Center ("MDC") shall ensure that Defendant Dexter Washington (Register No. 38248-510), is seen by an oncologist who specializes in prostate cancer to consult and make referrals as necessary for any possible metastases to his colon, vocal cords and bone, and for other treatment to his colon, vocal cords and arm/shoulder as appropriate.  It is further

       **ORDERED** that by **March 9, 2023**, the MDC shall ensure that Defendant is seen by a dental surgeon regarding his cracked tooth to explain the possible courses of treatment and to elicit Defendant's decision regarding the same.  If the dental surgeon and Defendant determine that extraction and an implant are the best course of treatment, the MDC is encouraged to contact the Bureau of Prison's Regional Office to seek authorization to perform this or any other appropriate procedure.  It is further

       **ORDERED** that by **March 23, 2023**, the MDC shall ensure that Defendant has been seen by an optometrist and been prescribed and received glasses.  It is further

       **ORDERED** that within one week of each of the dates set forth above, the Government shall file a status letter confirming that the MDC has complied with this Order, with an in-camera update

of Defendant's condition and treatment. This order supersedes the February 14, 2023, order requiring a status letter by March 6, 2023.

Dated: February 15, 2023

New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE