LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

March 31, 2023

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Dexter Washington, 23 Cr. 31 (LGS)

Dear Judge Schofield;

As an initial matter I respectfully request the May 2nd status conference be adjourned to May 3, May 4, or the morning of May 5, 2023. Between April 27 - May 2, I will be outside the USA visiting with my grandchildren.

I have transmitted Washington's civilian providers' medical records to the MDC medical department.

I am in receipt of AUSA Moroney's letter of March 29th. When I met with Mr. Washington on March 28th and he advised me that a colonoscopy is a priority for him because he was diagnosed with prostate cancer. Concerning his throat tumors Washington tells me he was told by the Brookly Hospital specialist that Washington must return to Mt Sinai for any treatment of the tumors. Washington knows nothing about a follow up appointment with an ENT specialist. Washington informs me he also has a lung tumor but MDC medical told him they will not do a CAT scan on his lung. Last week Washington fell in a MDC shower area, andseparated his shoulder. MDC medical placed the arm/shoulder in a sling, but Washingtor remains in pain, and cannot sleep because he cannot lie flat, but MDC medical refuses to give him a diagnostic MRI.

Thank you.

Respectfully,

B. Alan Seidler

---

*Application Granted.  By **April 5, 2023**, the Government shall (i) file a letter informing the Court of the BOP's medical plan now that it has received Defendant's medical records and (ii) email Defendant's medical records to Chambers.  The status conference currently scheduled for May 2, 2023, is adjourned to **May 8, 2023, at 10:30 a.m**.  The Clerk of the Court is directed to terminate the motion at docket number 33.*

*Dated: April 4, 2023*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE