UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                   23 Cr. 31 (LGS)
               -against-

                                                   ORDER
    DEXTER WASHINGTON,
                                 Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS on April 13, 2023, a Superseding Indictment was filed. (Dkt. No. 17). It is hereby

       **ORDERED** that Defendant's arraignment on the Superseding Indictment is referred to the magistrate judge on duty. The parties shall promptly schedule a hearing. It is further

       **ORDERED** that by **April 21, 2023**, the Government shall file a letter regarding the production of any Rule 16 Discovery in connection with the Superseding Indictment. It is further

       **ORDERED** that all deadlines previously set in the Court's Order dated February 14, 2023 (Dkt. No 23) shall remain in effect.

Dated: April 18, 2023
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE