LAW OFFICE
OF
## B. ALAN SEIDLER

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

May 15, 2023

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

This application is referred to the Magistrate Judge on duty. The parties shall promptly schedule a bail review hearing.  The Clerk of the Court is directed to terminate the letter motion at docket number 47.

Dated: May 16, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

re: <u>USA v. Dexter Washington</u>, 23 Cr. 31 (LGS)

Dear Judge Schofield;

        Dexter Washington writes to request the Court schedule a time and date if possible the week of May 22nd [ but please not May 26th ] so he can make a bail application.
        Your Honor is already aware of Washington's multiple diseases and infirmities.  The conditions at the Metropolitan Detention Center are very difficult, and specifically so as to Washington because he is not well.  Washington will seek his release from custody on a $300,000 PRB, home confinement, and electronic monitoring.  Washington's Bond will be co-signed by the following family/friends with incomes of:

1. Gregory Gilley $104,198;
2. Denise Mike $19,400;
3. Leticia Thomas $98,857;
4. Katrina Dargan Dorsey $28,000.

        Thank you.

Respectfully,

B. Alan Seidler