LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

June 26, 2023

**Application GRANTED. Defendant's bail terms are modified to substitute a curfew imposed by Pretrial Services for home confinement. Such curfew shall be enforced with continued electronic monitoring.**

**Dated: June 26, 2023**
**New York, New York**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

By ECF

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

re: <u>USA v. Dexter Washington</u>, 23 Cr. 31 (LGS)

Dear Judge Schofield;

On June 7, 2023, Washington was released from custody on a $500,000 PRB cosigned by 4 suretors; travel restricted to the SDNY/EDNY; surrender of travel documents, Pretrial supervision, Home incarceration, location monitoring, and the ability to leave his residence for medical appointments, attorney meetings and court appearances.

I am writing to request Washington's bail terms be modified to substitute a curfew imposed by Pretrial Services, and enforced with continued electronic monitoring, replace home confinement. It turns out the length and frequency of Washington's medical appointments, plus his now need for physiotherapy, and physical activity at a fitness center as prescribed by Dr. Neuman [attached] make home confinement problematic.

Pretrial Services by Officer Marlon Ovalles, and the Government by AUSA Patrick Moroney consent to this modification in bail terms.

Thank you very much.

Respectfully,

B. Alan Seidler

LARRY NEUMAN, M.D.
URGENT MEDICAL CARE, P.C.
1865 AMSTERDAM AVE
NEW YORK, NY 10031
[T] 212.491.0100     [F] 212.491.0114

June 22, 2023
RE: Dexter Washington
DoB: ▓▓▓▓▓▓

To whom it may concern,

Please be advised that the above named patient suffers from multiple medical conditions including hypertension, prostate cancer, cardiovascular disease. He also suffers from herniated cervical and lumbar discopathy to both shoulders and elbow.

We have recommended a program of rehabilitative physiotherapy, as well as analgesics and muscle relaxants. I have also recommended a gym membership in order to further help him in his recovery phase.

If you have any questions, please feel free to contact us at the above number.

Thank you,

*[signature]*

Larry Neuman, M.D.

Larry Neuman MD
License # ▓▓▓▓▓
DEA# ▓▓▓▓▓▓▓
Tel: 212-~~588-7403~~ 491-0100