UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                        -against-

    DEXTER WASHINGTON,
                                Defendant,
------------------------------------------------------------ X

23 Cr. 31 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 1, 2023, Defendant moved to dismiss Counts Five, Six and Seven of the Superseding Indictment. The Court's June 1, 2023, Order instructed the Government to respond by June 23, 2023, and Defendant to reply by June 30, 2023.

    WHEREAS, Defendant has not filed a reply. It is hereby

    **ORDERED** that the motion is considered fully briefed as of the date of this Order and will be decided in due course.

Dated: July 5, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE