UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                                              :          23 Cr. 31 (LGS)
                                              :
            -against-                         :          ORDER
                                              :
DEXTER WASHINGTON,                            :
                                Defendant.    :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a status conference was held on July 31, 2023.  It is hereby

      **ORDERED** that by **October 10, 2023**, Defendant shall file under seal a status letter

(with access to opposing counsel) regarding his medical condition, including diagnosis,

treatment and next steps.  It is further

      **ORDERED** that the parties shall appear for a status conference on **October 16, 2023, at

10:45 a.m**.  It is further

      **ORDERED** that for the reasons stated on the record, Defendant's Motion to Dismiss is

DENIED.  It is further

      **ORDERED** that for the reasons stated on the record, the Court finds that the ends of

justice served by excluding the time between today until October 16, 2023, outweigh the best

interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The

time between today and October 16, 2023, is hereby excluded.

      The Clerk of the Court is directed to terminate the motions at docket numbers 57 and 58.

Dated: July 31, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**