LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

August 29, 2023

> This application DENIED in deference to the objection of Pretrial Service. Any future travel application must include the requested travel date(s), location(s), and whether the Government and/or Pretrial Services consents to the application. The Clerk of the Court is directed to terminate the letter motion at docket number 72.
>
> Dated: August 31, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

By ECF

re: USA v. Dexter Washington, 23 Cr. 31 (LGS)

Dear Judge Schofield;

On June 7, 2023, Washington was released from custody on a $500,000 PRB cosigned by 4 suretors; travel restricted to the SDNY/EDNY; surrender of travel documents, Pretrial supervision, Home incarceration, location monitoring, and the ability to leave his residence for medical appointments, attorney meetings and court appearances. Subsequently, the Home incarceration aspect was eliminated by your Honor. Instead, bail terms included a curfew imposed by Pretrial Services, and enforced with continued electronic monitoring.

Washington's nephew Ronald Dupree was murdered. He requests the Court's permission [attached] to visit with Ronald's family on September 2 & 3, 2023, between 6-11:3PM in East Elmont, NY.

Thank you very much.

Respectfully,

B. Alan Seidler

 Alan Seidler <seidlerlaw@gmail.com>

## Funeral
1 message

**$hamauri McKnight** <a7eyez22@yahoo.com>                                         Tue, Aug 29, 2023 at 2:32 PM
To: Alan Seidler <seidlerlaw@gmail.com>

Dear Mr. Seidler,

Please be advised that there was an unfortunate and tragic accident in my family wherein my nephew was murdered. Thus, I am respectfully requesting permission to be able to visit my family **on September 2nd and 3rd** between the hours of 6 pm to 11:30 pm (traveling time), 107 Circle Drive East Elmont, New York 1100

Thank you,

Dexter Washington


**Ronald Dupree.jpg**
137K