LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

Application Granted, The Clerk of the Court is directed to terminate the letter motion at docket number 76.

October 20, 2023

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Dated: November 1, 2023
New York, New York

By ECF

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

re: USA v. Dexter Washington, 23 Cr. 31 (LGS)

Dear Judge Schofield;

On June 7, 2023, Washington was released from custody on a $500,000 PRB cosigned by 4 suretors; travel restricted to the SDNY/EDNY; surrender of travel documents, Pretrial supervision, Home incarceration, location monitoring, and the ability to leave his residence for medical appointments, attorney meetings and court appearances. Subsequently, the Home incarceration aspect was eliminated by your Honor. Instead, bail terms included a curfew imposed by Pretrial Services, and enforced with continued electronic monitoring.

This week Washington spoke with Pretrial Services officer Marlon Ovalles to request permission to visit his stepdaughter Leticia Thomas who lives in New Jersey, and she is scheduled for surgery on November 1, 2023. She lives alone, and if Washington can go to her home several days a week to assist her with household chores it will be helpful. After surgery Thomas will be unable to walk for several weeks. Washington would also like to visit with his family living in Albany.

Washington requests the expansion of his travel privileges to include the District of New Jersey and the Northern District of New York so he can visit family living there.

I am informed Pretrial Services officer Ovalles that Pretrial does not object to this application. AUSA Maroney on behalf of the Government also does not object to the

application.

Thank you very much.

Respectfully,

B. Alan Seidler