**LAW OFFICE OF**
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

January 22, 2024

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

By ECF

re: <u>USA v. Dexter Washington</u>, 23 Cr. 31 (LGS)

Dear Judge Schofield;

*Application Granted, Defendant's conditons of release are hereby modified to remove the condition of electronic monitoring. All other conditions shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 80.*

*Dated: January 26, 2024*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

    I write to request a further modification in the bail terms to eliminate electronic monitoring. Washington will be scheduled for a series radiology examinations for his medical ailments. As the attached letter from Mt. Sinai indicates he cannot have radiology diagnosis while he is wearing an ankle [or like] monitor during an examination. Rather than be uncoupled, and recoupled to the monitor each time radiology is needed, Washington believes elimination of the ankle bracelet condition will give Washington flexibility in diagnostic treatment.

    I also attach a text exchange with pretrial services officer Marlon Ovalles advising Washington to contact your Honor concerning the issue.

    Thank you very much.

Respectfully,

B. Alan Seidler



**Mount Sinai Downtown UnionSquare**

Mount Sinai Downtown Union Square
10 Union Square East, Suite 3P
New York, NY 10003
Phone: 212-844-8880
Fax: 212-844-6815

DATE:

Re:

To whom it may concern,

The above named patient had a radiology exam in the Mount Sinai Downtown Union Square Radiology Department on the above date.

Sincerely,

*[signature]*

Joann Gonzalez
Manager Support Services
Mount Sinai Downtown
Union Square

*Handwritten note:*
Good Afternoon,
Patient is unable to undergo the MRI exam due to patient having an ankle monitor which is unsafe to have in the MRI room.
— Women MRI MRI Technologist needs to monitor patient once rescheduled. — is removed.

MOUNT SINAI
DOWNTOWN UNION SQUARE
RADIOLOGY DEPARTMENT
10 UNION SQUARE EAST
NEW YORK, NY 10003

# AFTER VISIT SUMMARY

**Dexter L. Washington**  MRN: E332571    📅 1/18/2024  📍 Mount Sinai Emergency Department  212-241-6639

 Mount Sinai Hospital

## Instructions

 Read the attached information
KNEE PAIN, UNCERTAIN CAUSE (ENGLISH)

 AMB REF TO ORTHOPEDICS
Where: 5 E 98 ORTHOPEDICS
Address: 5 East 98th Street 9th Floor New York NY 10029
Phone: 212-241-8892
Expires: 7/16/2024 (requested)

## Today's Visit

You were seen by Ruben Olmedo, MD and Taylor Marren, PA

**Reason for Visit**
Back Pain

**Diagnoses**
- Knee pain
- Rotator cuff injury

**Medications Given**
acetaminophen (TYLENOL) Last given at 10:17 AM
ketorolac tromethamine (TORADOL) Last given at 11:16 AM
lidocaine Last given at 10:17 AM

## What's Next

**JAN 20 2024 — Radiology Appointment**
Saturday January 20 12:40 PM

You will receive an external link from Radiology for registration and reminder information. If you have any questions about your appointment location, arrival time, etc. please call (212) 844-8880.

Reminder: Your appointment time may differ from the time you need to arrive. Click below for more details:

Location: 10 Union Square East New York, NY 10003
Floor 3P - All radiology exams including MRI biopsies except breast imaging
Floor 4L - Mammo/ Breast Ultrasound/ All Other Biopsies
Floor 5P - Interventional Radiology

All Biopsies - 30 mins prior
MRI enterography 1 hour prior.
Transvaginal renal bladder - 1 hour prior
MRI - 30 mins prior
All other appointments - Arrive 15 min prior to scheduled appointment time

MOUNT SINAI HEALTH SYSTEM RADIOLOGY
Please see patient instructions for location information
NEW YORK NY 10017
212-241-8333

## MyMountSinai Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.mountsinai.org/mychart/, click "Sign Up Now", and enter your personal activation code: D5NR4-JM3GB-6HT6V. Activation code expires 2/18/2024.

