UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                 -against-

   DEXTER WASHINTON,
                                Defendant.
------------------------------------------------------------ X

23 Cr. 31 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Dexter Washington's sentencing hearing will be held on **June 17, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **May 28, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **May 31, 2024.**

      The trial and all pretrial deadlines are adjourned *sine die*.

Dated: February 20, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE