UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

v.

DEXTER WASHINGTON,

Defendant.

------------------------------------------------------------

S1 23 Cr. 31 (LGS)

ORDER

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Magistrate Judge Sarah L. Cave on February 20, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: February 27, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE