LAW OFFICE
OF
B. ALAN SEIDLER

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

September 20, 2024

**Application Granted. Defendant's surrender date is extended to November 1, 2024. Defendant shall transmit a copy of this order to the Bureau of Prisons. The Clerk of the Court is directed to terminate the letter motion at docket number 108..**

**Dated: September 20, 2024**
**New York, New York**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

re: USA v. Dexter Washington, 23 Cr. 31 (LGS)

Dear Judge Schofield;

Washington's surrender date is October 7, 2024. He is scheduled for spinal fusion surgery, and removal of a disc on October 15, 2024, at Mount Sinai Hospital on 59th Street in Manhattan.

With the consent of the Government, by AUSA Patrick Moroney, I write to request that Washington's surrender to the BoP date be extended to November 1, 2024, so he can have surgery, and the opportunity to recover.

Thank you.

Respectfully,

B. Alan Seidler

# AFTER VISIT SUMMARY

Dexter L. Washington  MRN: E332571   9/6/2024  1:30 PM   1450 MADISON NEURO ENDOVAS 

Mount Sinai Hospital

### Instructions from Reade de Leacy, MD
- Please follow up as needed, no further imaging required

### Today's Visit

You saw Reade de Leacy, MD on Friday September 6, 2024 for: Follow-Up.

### What's Next

**OCT 15 2024** — Fusion of spine bones with removal of disc at upper spinal column, anterior approach with Konstantinos Margetis, MD
OR MSH

**OCT 21 2024** — Follow Up with Paul Cagle, MD
Monday October 21 11:15 AM
425 W 59TH ORTHO UPPER EXT CV STARR
425 W 59th St, 6TH FL
New York NY 10019

### Allergies
| | |
|---|---|
| Ciprofloxacin | Hives |
| Sulfamethoxazole-trimethoprim | Hives |

### Current Immunizations
Reviewed on 6/9/2021

| Name | Date |
|---|---|
| Pfizer COVID-19 Vaccine EUA 30 mcg/0.3 mL | 9/8/2021 , 8/16/2021 |

**PatientPass Education**

Dexter L. Washington (MRN: E332571) • Printed at 9/6/2024 2:53 PM

Page 1 of 4   Epic