LAW OFFICE
OF
**B. ALAN SEIDLER**
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

October 28, 2024

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: <u>USA v. Dexter Washington</u>, 23 Cr. 31 (LGS)

Dear Judge Schofield;

Dexter Washington is scheduled to surrender on November 1, 2024, to begin his prison sentence at FMC Devens. Washington is scheduled for surgery to repair his right rotator cuff on November 19, 2024, at Mount Sinai [attached]. The spinal fusion surgery originally scheduled for October 15, 2024 at Mount Sinai has been rescheduled until after the rotator cuff is first repaired.

Washington's medical records have been furnished to the BoP with the assistance of AUSA Moroney.

Washington requests a further extension of his surrender date to early December, 2024. Thank you.

Respectfully,

*B. Alan Seidler*

B. Alan Seidler

To accommodate Defendant's upcoming medical procedures, the Court will extend Defendant's surrender date to **January 27, 2025**. No further extensions will be granted. Defendant shall transmit a copy of this order to the Bureau of Prisons. The Clerk of the Court is directed to terminate the letter motion at docket number 110.

Dated: October 29, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**



**Mount Sinai West**

Department of Orthopedics
425 West 59th Street, 6th floor
New York, NY 10019
212-523-7584-Tele
212-523-7840-Fax

**Paul J. Cagle, MD**
Assistant Professor, Orthopedic Surgery
Shoulder, Elbow and Knee Surgery

Date: _____

Dear Dr.: _____

RE: Dexter L. _____   DOB: ▓▓▓▓

The above patient is scheduled for surgery. He/She requires medical clearance and the exams listed below.

<u>Please fax all results and clearance letter to (212) 523-8730, attention Stephanie Dr. Cagle, at least 14 days prior to the date of surgery.</u>

Procedure: Right Rotator Cuff Repair

Date of Surgery: Nov. 19th

Required Exams: ☒ BMP   ☒ CBC   ☒ PT/PTT   ☒ EKG   *Also need a clearance for Neuro as well*

CHEST X-RAY   ☐ BHCG (female only)

[X] OTHER: PHYSICAL EXAM/ REVIEW OF SYSTEMS/ COVID 19 TESTING (HOSPITAL WILL CONTACT PATIENT TO SCHEDULE FOR A COVID PCR TEST)

Thank you for your cooperation. Should you have any questions, please do not hesitate to contact the office at 212-523-7584.

Sincerely,

Paul J. Cagle, MD





**Pain Physicians NY**
INNOVATIVE PAIN MANAGEMENT SOLUTIONS

240 E 23rd Street New York, NY 10010
Phone: 212-757-0222 Fax: 212-757-0223
Email: info@ppnyc.com

Date: 10/07/2024

Patient Name: Washington, Dexter
DOB: ~~12/16/1963~~

To whom it may concern,

Mr Washington is currently in our care for Pain Management and Rehabilitation for his Neck pain, Lower back pain, Right shoulder pain, Right knee pain and Headache which has impacted his ADLs. Due to his neck pain, Mr Washington will proceed with a Cervical Epidural Injection on 10/16/2024.

Ms Washington is diagnosed with

Diagnosis/ICD:
(1) Cervical disc disorder w radiculopathy, unsp cervi (M50.10)
(2) Radiculopathy, cervical region (M54.12)
(3) Intervertebral disc disorders w radiculopathy, lum (M51.16)
(4) Radiculopathy, lumbar region (M54.16)
(5) Myalgia, other site (M79.18)
(6) Unspecified dislocation of right shoulder joint, i (S43.004A)
(7) Unspecified internal derangement of right knee (M23.91)

If you have any questions or concerns please feel free to contact the number listed above.

_[signature]_

Dmitriy Dvoskin, MD, FIPP

**Pain Physicians NY, PLLC**
240 East 23rd Street, 1st Floor
New York, NY 10010