LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

Defendant's surrender date is **ADJOURNED** to the earlier of (1) Defendant's discharge from Jacobi Hospital and (2) March 27, 2025.  Defense counsel at any time may request a bail hearing in anticipation of Defendant's discharge.  The Clerk of Court is respectfully directed to close the motion at Dkt. 112.

Dated: January 24, 2025
   New York, New York

January 24, 2025

*[signature]*
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

   re: <u>USA v. Dexter Washington</u>, 23 Cr. 31 (LGS)

Dear Judge Schofield;

   I appreciate the efforts of the Government to suggest a reasonable solution to the Washington surrender problem.  However, my reaction is that after months in the Intensive Care Unit on a breathing tube; after an arm amputation, and multiple surgeries for internal injuries, the fact that Washington is discharged from Jacobi Hospital does not mean he will require no subsequent urgent medical care, and he will be medically fit to surrender to the BoP.

   I would suggest that 72 hours prior to Washington's scheduled discharge from Jacobi Hospital, Washington's bail status be reviewed in light of the medical evidence then available.

Respectfully,

*[signature]*
B. Alan Seidler