

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2025

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Clerk of the Court is directed to terminate the letter motion at docket number 120.

Dated: April 11, 2025
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Dexter Washington*, 23 Cr. 31 (LGS)

Dear Judge Schofield:

The Government received the unfortunate news that the defendant passed away last week while at the Split Rock Rehabilitation and Health Care Center. Accordingly, the Government respectfully requests that the Court "so-order" the termination of the defendant's supervision by Pretrial Services. The Government will notify the Bureau of Prisons and does not believe that any additional action by the Court is necessary.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   B. Alan Seidler, Esq.